UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER ANNA CRAVEN, Plaintiff, v. TRAVIS DAVIS; and KARLYANNA GREEN, Defendants. | C24-5461 TSZ<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Continue Trial Date and Amend Case Schedule, docket no. 37, is GRANTED as follows:

| **Scheduling Event** | **New Date/Deadline** |
|---|---|
| JURY TRIAL DATE | October 18, 2027 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 29, 2027 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)) | May 20, 2027 |
| Discovery completed by | June 28, 2027 |

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | July 29, 2027 |
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)) | August 5, 2027 |
| All motions in limine should be filed by All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed.[1] | September 23, 2027 |
| Agreed Pretrial Order due[2] | October 1, 2027 |
| Trial Briefs, proposed voir dire questions, and jury instructions due | October 1, 2027 |
| Pretrial conference to be held at 10:00 AM on | October 8, 2027 |

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Grant Cogswell, who can be reached at grant_cogswell@wawd.uscourts.gov or (206) 370−8518, no later than the Friday before the trial. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be

---

[1] The following procedures and deadlines shall apply with regard to motions in limine. All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference. Such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendants' disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect, including the requirement that the parties confer in good faith and certify that they have done so.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendants' last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendants' exhibits shall begin with the number 200; if defendants' last exhibit is number 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Judge Zilly's Chambers at (206) 370−8830 as soon as possible.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk